MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, IL SBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
DAVID LERCH, CSBN 229411
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8936
    Facsimile: (415) 744-0134
    E-Mail: David.Lerch@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW ROBERT BAGLEY, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>Defendant. )<br>_____) | Case No. 3:11-cv-02149-EMC<br><br>JOINT STATUS REPORT ON PROCEEDINGS FOLLOWING REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g) ; ORDER RESETTING FURTHER CMC |

    Defendant Michael J. Astrue, the Commissioner of Social Security, and Plaintiff Matthew Robert Bagley, through their undersigned counsel, hereby file this Joint Status Report, pursuant to this Court's August 14, 2012 order remanding under 42 U.S.C. § 405(g), sentence six, and directing status reports commencing November 30, 2012, and continuing every 90 days thereafter.

    In its August 14, 2012 order, the Court remanded to the Commissioner of Social Security to allow the Commissioner to remand Plaintiff's claim to the Administrative Law Judge (ALJ) for a de novo hearing and a new decision based upon a complete record.

    On October 11, 2012, the Appeals Council remanded to the ALJ. On November 27, 2012

Case No. 3:11-cv-2149; Joint Status Report

undersigned counsel for Defendant spoke with a Group Supervisor in the San Rafael Hearing Office who reported that a hearing has not yet been scheduled.

Dated: November 28, 2012

Respectfully submitted,

MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

s/*David Lerch*
David Lerch
Special Assistant U. S. Attorney
Attorneys for Defendant

Dated: November 27, 2012

*/s/Robert C. Weems*
(as authorized via email)
Robert C. Weems
Weems Law Offices
Attorney for Plaintiff

IT IS SO ORDERED that the Further CMC is reset from 12/11/12 to 3/14/13 at 10:30 a.m. An updated joint CMC Statement shall be filed by 3/7/13.

_____
Edward M. Chen
United States District Judge



Case No. 3:11-cv-2149; Joint Status Report 2