```
 1  MELINDA L. HAAG, CSBN 132612
    United States Attorney
 2  DONNA L. CALVERT, IL SBN 6191786
    Acting Regional Chief Counsel, Region IX
 3  Social Security Administration
    DAVID LERCH, CSBN 229411
 4  Special Assistant United States Attorney
        160 Spear Street, Suite 800
 5      San Francisco, California 94105
        Telephone: (415) 977-8936
 6      Facsimile: (415) 744-0134
        E-Mail: David.Lerch@ssa.gov
 7  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW ROBERT BAGLEY, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>Defendant. )<br>_____ ) | Case No. 3:11-cv-02149-EMC<br><br>JOINT STATUS REPORT ON PROCEEDINGS FOLLOWING REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g) ; ORDER RESETTING FURTHER CMC |

      Defendant Michael J. Astrue, the Commissioner of Social Security, and Plaintiff Matthew Robert Bagley, through their undersigned counsel, hereby file this Joint Status Report, pursuant to this Court's August 14, 2012 order remanding under 42 U.S.C. § 405(g), sentence six, and directing status reports commencing November 30, 2012, and continuing every 90 days thereafter.

      In its August 14, 2012 order, the Court remanded to the Commissioner of Social Security to allow the Commissioner to remand Plaintiff's claim to the Administrative Law Judge (ALJ) for a de novo hearing and a new decision based upon a complete record.

      On October 11, 2012, the Appeals Council remanded to the ALJ. On November 27, 2012

Case No. 3:11-cv-2149; Joint Status Report

undersigned counsel for Defendant spoke with a Group Supervisor in the San Rafael Hearing Office who reported that a hearing has not yet been scheduled.

Dated: November 28, 2012          Respectfully submitted,

                                            MELINDA L. HAAG
                                            United States Attorney
                                            DONNA L. CALVERT
                                            Acting Regional Chief Counsel, Region IX
                                            Social Security Administration

                                            s/*David Lerch*
                                            David Lerch
                                            Special Assistant U. S. Attorney
                                            Attorneys for Defendant

Dated: November 27, 2012          */s/Robert C. Weems*
                                            (as authorized via email)
                                            Robert C. Weems
                                            Weems Law Offices
                                            Attorney for Plaintiff

IT IS SO ORDERED that the Further CMC is reset from 12/11/12 to 3/14/13 at 10:30 a.m. An updated joint CMC Statement shall be filed by 3/7/13.



_____
Edward M. Chen
United States District Judge

