|   |   |
|---|---|
| 1 | MELINDA L. HAAG, CSBN 132612 |
|   | United States Attorney |
| 2 | GRACE M. KIM, IL SBN 6203390 |
|   | Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
| 4 | DAVID LERCH, CSBN 229411 |
|   | Special Assistant United States Attorney |
| 5 |     160 Spear Street, Suite 800 |
|   |     San Francisco, California 94105 |
| 6 |     Telephone: (415) 977-8936 |
|   |     Facsimile: (415) 744-0134 |
| 7 |     E-Mail: David.Lerch@ssa.gov |

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MATTHEW ROBERT BAGLEY, | ) | Case No. 3:11-cv-02149-EMC |
|---|---|---|
|     Plaintiff, | ) | |
| | ) | JOINT STATUS REPORT ON |
| v. | ) | PROCEEDINGS FOLLOWING REMAND |
| | ) | PURSUANT TO SENTENCE SIX OF |
| | ) | 42 U.S.C. § 405(g) |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of | ) | ORDER RESETTING CMC FROM 3/14/13 |
| Social Security, | ) | TO 6/27/13 AT 10:30 A.M. |
|     Defendant. | ) | |

    Defendant Carolyn W. Colvin, the Acting Commissioner of Social Security, and Plaintiff Matthew Robert Bagley, through their undersigned counsel, hereby file this Joint Status Report, pursuant to this Court's August 14, 2012 order remanding under 42 U.S.C. § 405(g), sentence six, and directing status reports commencing November 30, 2012, and continuing every 90 days thereafter.

---

\* Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Case No. 3:11-cv-2149; Joint Status Report

In its August 14, 2012 order, the Court remanded to the Commissioner of Social Security to allow the Commissioner to remand Plaintiff's claim to the Administrative Law Judge (ALJ) for a de novo hearing and a new decision based upon a complete record.

On October 11, 2012, the Appeals Council remanded to the ALJ. Plaintiff's ALJ hearing has been scheduled for April 12, 2013.

Dated: February 26, 2013

Respectfully submitted,

MELINDA L. HAAG
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration

*/s/David Lerch*
David Lerch
Special Assistant U. S. Attorney
Attorneys for Defendant

Dated: February 26, 2013

*/s/Robert C. Weems*
(as authorized via email)
Robert C. Weems
Weems Law Offices
Attorney for Plaintiff

IT IS SO ORDERED that the further CMC is reset from 3/14/13 to 6/27/13 at 10:30 a.m. A joint CMC statement shall be filed by 6/20/13.

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen

Case No. 3:11-cv-2149; Joint Status Report       2