ROBERT C. WEEMS (SBN 148156)
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney and Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MATTHEW ROBERT BAGLEY, | ) | CIVIL No.: 3:11-cv-02149-EMC |
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND ORDER TO REOPEN CASE FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that the Court remanded the action to an administrative law judge (ALJ) for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g).  The ALJ has now issued a fully favorable decision in favor of Plaintiff (attached as Exhibit A).  Accordingly, the parties stipulate to the entry of judgment in favor of Plaintiff, consistent with the ALJ's decision.

Dated:  October 28, 2013

Signed /Robert C. Weems/
ROBERT C. WEEMS
Attorney for Plaintiff, Matthew Bagley

Dated:  October 28, 2013

Signed /Michael Kramer Marriott/ by e-mail
Michael Kramer Marriott
Special Assistant United States Attorney
   and Attorney for the Defendant

1

ORDER

2

3    PURSUANT TO STIPULATION, THIS CASE IS REOPENED.  THE CLERK OF COURT IS
     DIRECTED TO ENTER JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST
4    DEFENDANT.

5
     IT IS SO ORDERED.
6

7    Dated:   October   30        , 2013

8

9

10   _____
             EDWARD M. CHEN
11           United Stated District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28