Robert C Weems (CA SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
  *rcweems@weemslawoffices.com*

Attorneys for Plaintiffs
  Matthew Robert Bagley

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW ROBERT BAGLEY,<br>  Plaintiff/Petitioner,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>  Defendant/Respondent. | Case No. 3:11-cv-02149-EMC<br><br>STIPULATION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>Date:          Order<br>Time:<br>Location:<br>Judge: |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that [plaintiff] will be awarded attorney fees in the amount of six-thousand, seven-hundred-two dollars and thirty-nine cents ($6,702.39) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d), 1920.

After the Court issues an order for EAJA fees to plaintiff, the Defendant will consider any assignment of EAJA fees to attorney. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor any such assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

Fees shall be made payable to Mr. Matthew Robert Bagley, but if the Department of the Treasury determines that Mr. Matthew Robert Bagley does not owe a federal debt, then the government shall cause the payment of fees to be made directly to the Mr. Robert C. Weems his attorney, pursuant to any assignment executed by Plaintiff. Any payments made shall be delivered to Mr. Robert C. Weems, Mr. Matthew Bagley's attorney.

This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant.

Dated: July 7, 2014

Signed /Robert C. Weems/
ROBERT C. WEEMS
Attorney for Plaintiff, Matthew Robert Bagley

Dated: July 7, 2014

Signed /Michael K. Marriott/ by e-mail
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
    and Attorney for the Defendant

ORDER

PURSUANT TO STIPULATION, THE PARTIES HAVE COMPROMISED ON ISSUEANCE OF ATTORNEY'S FEE UNDER EAJA IN THE AMOUNT OF $6,702.39.

IT IS SO ORDERED.

Dated: July    8   , 2014

_____
EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

DO NOT DELETE THIS PAGE